**Official Form 1 (1/08)**

| United States Bankruptcy Court<br>**DISTRICT OF** *CONNECTICUT* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Diversified Layup, LLC* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*aka Pettison Woodworking* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *20-2942471* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*912 Old Colony Road*<br>*Meriden CT*<br>ZIPCODE *06451* | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>*New Haven* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *912 Old Colony Road*<br>ZIPCODE *06451* | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

- [ ] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [x] Other (if debtor is not one of the above entities, check this box and state type of entity below)

*Limited Liability Company*

**Nature of Business**

(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**

(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**

- [x] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (1/08)                                                                                    FORM B1, Page  2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | *Diversified Layup, LLC* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☒ Exhibit A is attached and made a part of this petition | **X** _____  *04/21/2008* |
| | Signature of Attorney for Debtor(s)                    Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and exhibit C is attached and made a part of this petition. |
| ☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes.) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ (Name of landlord that obtained judgment) |
| _____ (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Official Form 1 (1/08)

FORM B1, Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>*Diversified Layup, LLC* |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

04/21/2008
(Date)

### Signature of Attorney*

X **/s/ Joseph J. D'Agostino, Jr.**
Signature of Attorney for Debtor(s)

*Joseph J. D'Agostino, Jr.*
Printed Name of Attorney for Debtor(s)

*Law Offices of Joseph J. D'Agostino, Jr.*
Firm Name

*1062 Barnes Road*
Address

*Suite 304*

*Wallingford CT  06492*

*203-265-5222*
Telephone Number

*04/21/2008*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mark Lussier**
Signature of Authorized Individual

*Mark Lussier*
Printed Name of Authorized Individual

*Memeber*
Title of Authorized Individual

*04/21/2008*
Date

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re *Diversified Layup, LLC*
    *aka Pettison Woodworking*

Case No.
Chapter  *11*

_____ / Debtor

## Exhibit "A" to Voluntary Petition

(If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.)

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934,
the SEC file number is _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on _____ .

    a.  Total assets                       $      *547,050.00*
    b.  Total debts (including debts listed in 2.c., below)    $   *1,392,205.80*

    c.  Debt securities held by more than 500 holders.

| Debt Issue | Type | Total $ Amount Outstanding | Approximate Number of Holders |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

    d.  Number of shares of preferred stock         *NONE*         *NONE*
    e.  Number of shares of common stock          *NONE*         *NONE*

    Comments, if any:
    *LLC each party with 50% voting rights*

3. Brief description of debtor's business:
    *Manufaturing of Laminated products*

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor:

*Mark Lussier*
*Address:21 Ridge Road, Wallingford, CT*

*Christopher Pettison*
*Address:221 Dana Lane, Meriden, CT   06451*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF CONNECTICUT

In re  *Diversified Layup, LLC*                                                    Case No.
    *aka Pettison Woodworking*                                          Chapter  *11*

_____ ,
                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Natiional City Commercial Cap*<br>*995 Dalton Ave*<br>*Cincinnati OH  45203* | Phone:<br>*Natiional City Commercial Cap*<br>*995 Dalton Ave*<br>*Cincinnati OH  45203* | *Equipment lease*<br><br>Value:<br>Net Unsecured: | | $ 144,000.00<br><br>$ 40,000.00<br>$ 104,000.00 |
| 2<br>*Bank of America*<br>*Po Box  26078*<br>*Greensboro NC  27420* | Phone:<br>*Bank of America*<br>*Po Box  26078*<br>*Greensboro NC  27420* | | | $ 69,973.38 |
| 3<br>*Bank of America*<br>*Po Box 15710*<br>*Wilmington  DE  19886-5710* | Phone:<br>*Bank of America*<br>*Po Box 15710*<br>*Wilmington  DE  19886-5710* | *Purchases* | | $ 50,661.17 |
| 4<br>*Wells Fargo Bank*<br>*P.O. Box 348750*<br>*MS0031*<br>*Sacramento CA  95834* | Phone:<br>*Wells Fargo Bank*<br>*P.O. Box 348750*<br>*MS0031*<br>*Sacramento CA  95834* | *Line of Credit* | | $ 50,457.90 |
| 5<br>*Capital One Bank*<br>*P.O. Box 70884*<br>*Charlotte NC  28272-0884* | Phone:<br>*Capital One Bank*<br>*P.O. Box 70884*<br>*Charlotte NC  28272-0884* | *Line of Credit* | | $ 50,285.68 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Wachovia<br>P.O. Box 96074<br>Charlotte NC  28296-0074 | Phone:<br>Wachovia<br>P.O. Box 96074<br>Charlotte NC  28296-0074 | Purchases | | $ 50,279.60 |
| 7<br>Wachovia<br>P.O. Box 96074<br>Charlotte NC  28296-0074 | Phone:<br>Wachovia<br>P.O. Box 96074<br>Charlotte NC  28296-0074 | Line of Credit | | $ 49,822.76 |
| 8<br>Chase<br>P.O. Box 15153<br>Wilmington DE  19886-5153 | Phone:<br>Chase<br>P.O. Box 15153<br>Wilmington DE  19886-5153 | Purchases | | $ 36,553.18 |
| 9<br>Premier Funding<br>1720 Winward Concourse<br>Alpharetta GA  30005 | Phone:<br>Premier Funding<br>1720 Winward Concourse<br>Alpharetta GA  30005 | Line of Credit | | $ 35,000.00 |
| 10<br>Sterling National Bank<br>2905 NE 71st Street<br>Oklahoma City OK  73111 | Phone:<br>Sterling National Bank<br>2905 NE 71st Street<br>Oklahoma City OK  73111 | Purchase Money Security | Value:<br>Net Unsecured: | $ 54,760.00<br>$ 20,000.00<br>$ 34,760.00 |
| 11<br>TD Banknorth<br>P.O. Box 5600<br>Lewiston ME  04243-5600 | Phone:<br>TD Banknorth<br>P.O. Box 5600<br>Lewiston ME  04243-5600 | Line of Credit | | $ 32,682.98 |
| 12<br>Chase<br>P.O. Box 15153<br>Wilmington DE  19886-5153 | Phone:<br>Chase<br>P.O. Box 15153<br>Wilmington DE  19886-5153 | Purchases | | $ 30,741.16 |
| 13<br>American Express<br>P.O. Box 1270<br>Newark NJ  07101-1270 | Phone:<br>American Express<br>P.O. Box 1270<br>Newark NJ  07101-1270 | Line of Credit | | $ 29,683.62 |

B4 (Official Form 4) (12/07)

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Chase<br>PO Box 9001022<br>Louisville KY  40290-1022 | Phone:<br>Chase<br>PO Box 9001022<br>Louisville KY  40290-1022 | Line of Credit | | $ 25,060.89 |
| 15<br>Discover Card<br>Po Box 15735<br>Wilmington DE  19886-5251 | Phone:<br>Discover Card<br>Po Box 15735<br>Wilmington DE  19886-5251 | Purchases | | $ 24,820.87 |
| 16<br>Citi Business Card<br>P.O. Box 183064<br>Columbus OH  43218-3064 | Phone:<br>Citi Business Card<br>P.O. Box 183064<br>Columbus OH  43218-3064 | Purchases | | $ 23,250.63 |
| 17<br>Bank of America<br>P.O. Box 15710<br>Wilmington DE  19886-5710 | Phone:<br>Bank of America<br>P.O. Box 15710<br>Wilmington DE  19886-5710 | Purchases | | $ 22,656.84 |
| 18<br>Citi Business Card<br>P.O. Box 183065<br>Columbus OH  43218-3065 | Phone:<br>Citi Business Card<br>P.O. Box 183065<br>Columbus OH  43218-3065 | Purchases | | $ 20,904.54 |
| 19<br>Bank of America<br>Po Box 15102<br>Wilmington  DE  19886-5102 | Phone:<br>Bank of America<br>Po Box 15102<br>Wilmington  DE  19886-5102 | Line of Credit | | $ 20,179.36 |
| 20<br>TCF Equipment Finance<br>11100 Wayzata Blvd<br>Hopkins MN  55305 | Phone:<br>TCF Equipment Finance<br>11100 Wayzata Blvd<br>Hopkins MN  55305 | Equipment lease | Value:<br>Net Unsecured: | $ 70,000.00<br>$ 50,000.00<br>$ 20,000.00 |

**B4 (Official Form 4) (12/07)**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A Limited Liability Company

I, *Mark Lussier* , *Memeber* of the *Limited Liability Company* named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.

Date: *4/21/2008*        Signature */s/ Mark Lussier*

Name: *Mark Lussier*

Title: *Memeber*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re *Diversified Layup, LLC,*
*aka Pettison Woodworking*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:    *Joseph J. D'Agostino, Jr.*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|--------|----------------------------------------|------------------|-----------------------------------|
|        | *Debtor has no Equity Security Holders* |                  |                                   |
|        |                                        |                  |                                   |
|        |                                        |                  |                                   |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LIMITED LIABILITY COMPANY

I, *Mark Lussier*_____, *Memeber*_____ of the *Limited Liability Company*_ named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the

best of my knowledge, information and belief.

Date: *04/21/2008*_____

Signature: */s/ Mark Lussier*_____

Name: *Mark Lussier*

Title: *Memeber*

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re *Diversified Layup, LLC,*

    *aka Pettison Woodworking*

Case No.

Chapter  *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $          0.00 | | |
| B-Personal Property | *Yes* | *6* | $     547,050.00 | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *3* | | $     554,955.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $          0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *7* | | $     837,250.80 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *5* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $          0.00 |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $          0.00 |
| TOTAL | | *24* | $     547,050.00 | $   1,392,205.80 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re *Diversified Layup, LLC,*                                   Case No.

Chapter  *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Diversified Layup, LLC,_ _____    Case No. _____

Debtor    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A LIMITED LIABILITY COMPANY

I, _Mark Lussier_ _____, _Memeber_ _____ of the _Limited Liability Company_
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___25__ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: _4/21/2008_ _____    Signature _/s/ Mark Lussier_ _____

Name: _Mark Lussier_

Title: _Memeber_

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FORM B6A (Official Form 6A) (12/07)

In re _Diversified Layup, LLC_____ ,    Case No._____
          Debtor(s)    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re _Diversified Layup, LLC_ ,       Case No. _____

            Debtor(s)                                                  (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking Account* *Location:  In debtor's possession* | | $ 1,600.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

In re _Diversified Layup, LLC_ ,    Case No. _____
               Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | _Accounts Receivable_ _Location: In debtor's possession_ | | $ 86,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _2002 Ford F350_ _Location: In debtor's possession_ | | $ 15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | _Coral Vacuum System_ _$1 Buyout_ _Location: In debtor's possession_ | | $ 10,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | _1992 Nissan Fork Lift_ _$1 Buyout on lease_ | | $ 3,000.00 |

B6B (Official Form 6B) (12/07)

In re _Diversified Layup, LLC_____ ,      Case No. _____
                        Debtor(s)                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Location: In debtor's possession | | |
| | | Adler Planer<br>$1 Buyout<br>Location: In debtor's possession | | $ 1,000.00 |
| | | Beam Saw<br>$1 Buyout<br>Location: In debtor's possession | | $ 50,000.00 |
| | | Black Brother Glue Spreader<br>$1 Buyout<br>Location: In debtor's possession | | $ 20,000.00 |
| | | Black Brothers Panel Cleaner<br>$1 Buyout<br>Location: In debtor's possession | | $ 20,000.00 |
| | | Black Brothers Panel Express<br>Location: In debtor's possession | | $ 40,000.00 |
| | | Blum Hinge Press<br>$1 Buyout<br>Location: In debtor's possession | | $ 1,000.00 |
| | | Cascade Band Saw<br>$1 Buyout<br>Location: In debtor's possession | | $ 10,000.00 |
| | | Casolin Table Saw<br>$1 Buyout<br>Location: In debtor's possession | | $ 10,000.00 |

In re _Diversified Layup, LLC_ ,                    Case No. _____
           Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | _Castle Pocket Saw_<br>_$1 Buyout_<br>_Location: In debtor's possession_ | | $ 1,000.00 |
| | | _CNC Machining Center_<br>_$1 Buyout_<br>_Location: In debtor's possession_ | | $ 75,000.00 |
| | | _Delta Chop Saw_<br>_$1 Buyout_<br>_Location: In debtor's possession_ | | $ 1,000.00 |
| | | _delta table saw_<br>_$1 Buyout_<br>_Location: In debtor's possession_ | | $ 1,000.00 |
| | | _Detel Boring Machine_<br>_Location: In debtor's possession_ | | $ 1,000.00 |
| | | _Direct Compressor_<br>_$1 Buyout_<br>_Location: In debtor's possession_ | | $ 1,000.00 |
| | | _Dustek Model 1500_<br>_$1 Buyout_<br>_Location: In debtor's possession_ | | $ 5,000.00 |
| | | _Holtzer Edge Bander_<br>_$1 Buyout_<br>_Location: In debtor's possession_ | | $ 25,000.00 |
| | | _Point to Point_<br>_Location: In debtor's possession_ | | $ 130,000.00 |

B6B (Official Form 6B) (12/07)

In re _Diversified Layup, LLC_____,    Case No. _____
           Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value<br>of Debtor's Interest,<br>in Property Without<br>Deducting any<br>Secured Claim or<br>Exemption |
|---|---|---|---|---|
| | | _Powermatch Planer_<br>_$1 Buyout_<br>_Location: In debtor's possession_ | | $ 1,000.00 |
| | | _Quincy Compressor_<br>_$1 Buyout_<br>_Location: In debtor's possession_ | | $ 1,000.00 |
| | | _Scales Compressor_<br>_$1 Buyout_<br>_Location: In debtor's possession_ | | $ 1,000.00 |
| | | _Soft Ware_<br>_$1 Buyout_<br>_Location: In debtor's possession_ | | $ 5,000.00 |
| | | _Toolin and Rigging_<br>_$1 Buyout_<br>_Location: In debtor's possession_ | | $ 2,500.00 |
| | | _Tools_<br>_Location: In debtor's possession_ | | $ 20,000.00 |
| | | _Tormer Sharpener_<br>_$1 Buyout_<br>_Location: In debtor's possession_ | | $ 1,000.00 |
| | | _Uhling_<br>_$1 Buyout_<br>_Location: In debtor's possession_ | | $ 7,950.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Page ___5___ of ___6___

B6B (Official Form 6B) (12/07)

In re **Diversified Layup, LLC**                                          ,        Case No. _____
                    Debtor(s)                                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | $ 547,050.00 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re *Diversified Layup, LLC* _____,    Case No. _____
               Debtor(s)    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *None* | | | |

B6D (Official Form 6D) (12/07)

In re *Diversified Layup, LLC* _____,     Case No._____

        **Debtor(s)**                                                      **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien    H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *5084* <br><br> *Creditor # : 1* <br> *BMT Leasing* <br> *PO Box 692* <br> *Bryn Mawr PA 19010* | X | *Equipment lease* <br> *Black Brother Glue Spreader, Black Brothers Panel Cleaner* <br><br> Value: *$ 40,000.00* | | | | $ 50,000.00 | $ 10,000.00 |
| Account No: <br><br> *Creditor # : 2* <br> *Capital Network Leasing* | X | *Equipment lease* <br> *Adler Planer, Blum Hinge Press, Castle Pocket Saw, Delta Chop Saw, delta table saw, Detel* <br> Value: *$ 9,000.00* | | | | $ 27,000.00 | $ 18,000.00 |
| Account No: <br><br> *Representing:* <br> *Capital Network Leasing* | | *Sterling National Bank* <br> *500 7th Avenue* <br> *New York NY 10018* <br><br> Value: | | | | | |

2 ___ continuation sheets attached

                                                       **Subtotal $**     $ 77,000.00     $ 28,000.00
                                             (Total of this page)
                                             **Total $**
                                    (Use only on last page)

                                         (Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re _Diversified Layup, LLC_ _____,   Case No. _____
           **Debtor(s)**                                                              **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *-000*<br>Creditor # : 3<br>*Great American Leasing*<br>*8742 innovation Way*<br>*Chicago IL 60682* | X | Equipment lease<br>Soft Ware<br><br>Value: $ 5,000.00 | | | | $ 20,000.00 | $ 15,000.00 |
| Account No:<br>Creditor # : 4<br>*Natiional City Commercial Cap*<br>*995 Dalton Ave*<br>*Cincinnati OH 45203* | X | Equipment lease<br>Black Brothers Panel Express<br><br>Value: $ 40,000.00 | | | | $ 144,000.00 | $ 104,000.00 |
| Account No: *5000*<br>Creditor # : 5<br>*Stearns Bank*<br>*995 Dalton Avenue*<br>*Cincinnati OH 45203* | X | Equipment lease<br>Point to Point<br><br>Value: $ 130,000.00 | | | | $ 140,000.00 | $ 10,000.00 |
| Account No: *9318*<br>Creditor # : 6<br>*Sterling National Bank*<br>*2905 NE 71st Street*<br>*Oklahoma City OK 73111* | X | Purchase Money Security<br>Cascade Band Saw, Casolin Table Saw<br><br>Value: $ 20,000.00 | | | | $ 54,760.00 | $ 34,760.00 |
| Account No:<br>Creditor # : 7<br>*TCF Equipment Finance*<br>*11100 Wayzata Blvd*<br>*Hopkins MN 55305* | X | Equipment lease<br>Beam Saw<br><br>Value: $ 50,000.00 | | | | $ 70,000.00 | $ 20,000.00 |
| Account No: *8100*<br>Creditor # : 8<br>*Toyota Motor Credit*<br>*1500 W. Park Drive*<br>*Westborough MA 01581* | X | Purchase Money Security<br><br>Value: $ 3,000.00 | | | | $ 7,195.00 | $ 4,195.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ (Total of this page) | $ 435,955.00 | $ 187,955.00
Total $ (Use only on last page) | |

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re *Diversified Layup, LLC* _____,          Case No._____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *3805*<br><br>*Creditor # : 9*<br>*US Bank Corp*<br>*1310 Madrid Street*<br>*Suite 105*<br>*Marshall MN 56258* | X | *Equipment lease*<br>*Holtzer Edge Bander*<br><br><br>Value: *$ 25,000.00* | | | | *$ 42,000.00* | *$ 17,000.00* |
| Account No: | | <br><br><br>Value: | | | | | |
| Account No: | | <br><br><br>Value: | | | | | |
| Account No: | | <br><br><br>Value: | | | | | |
| Account No: | | <br><br><br>Value: | | | | | |
| Account No: | | <br><br><br>Value: | | | | | |

Sheet no. 2  of  2  continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ <br> (Total of this page) | *$ 42,000.00* | *$ 17,000.00* |
| Total $ <br> (Use only on last page) | *$ 554,955.00* | *$ 232,955.00* |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (12/07)

In re _Diversified Layup, LLC_ ,                         Case No._____
    **Debtor(s)**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Diversified Layup, LLC_____ ,        Case No._____
          **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:  5213<br>Creditor # : 1<br>Advanta Executive Business Car<br>Po Box 8088<br>Phildelphia PA 19101-8088 | X | | Purchases | | | | $ 11,764.20 |
| Account No:  1002<br>Creditor # : 2<br>American Express<br>P.O. Box 1270<br>Newark NJ 07101-1270 | X | | Purchases | | | | $ 2,686.35 |
| Account No:  1000<br>Creditor # : 3<br>American Express<br>P.O. Box 1270<br>Newark NJ 07101-1270 | X | | Line of Credit | | | | $ 29,683.62 |
| Account No:  3277<br>Creditor # : 4<br>Bank of America<br>Po Box 15710<br>Wilmington  DE 19886-5710 | X | | Purchases | | | | $ 50,661.17 |

_6_ continuation sheets attached                                                        **Subtotal $** | $ 94,795.34

**Total $** |
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Diversified Layup, LLC_ _____ ,   Case No. _____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No.   4199 _Creditor # : 5_ _Bank of America_ _Po Box  26078_ _Greensboro NC 27420_ | X | | | | | | $ 69,973.38 |
| Account No.   7526 _Creditor # : 6_ _Bank of America_ _Po Box 15102_ _Wilmington  DE 19886-5102_ | X | | _Line of Credit_ | | | | $ 20,179.36 |
| Account No.   7843 _Creditor # : 7_ _Bank of America_ _Po Box 15102_ _Wilmington  DE 19886-5102_ | X | | _Line of Credit_ | | | | $ 9,277.63 |
| Account No.   5514 _Creditor # : 8_ _Bank of America_ _Po Box 15710_ _Wilmington  DE 19886-5710_ | X | | _Line of Credit_ | | | | $ 16,684.97 |
| Account No.   8122 _Creditor # : 9_ _Bank of America_ _P.O. Box 15710_ _Wilmington DE 19886-5710_ | | | _Purchases_ | | | | $ 22,656.84 |
| Account No.   5912 _Creditor # : 10_ _Quickbooks_ _P.O. Box 15710_ _Wilmington DE 19886-5710_ | X | | _Purchases_ | | | | $ 10,388.29 |

Sheet No. _1_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  $ 149,160.47
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Diversified Layup, LLC_ ,                          Case No. _____

**Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:     5808<br>Creditor # : 11<br>Capital One Bank<br>P.O. Box 70884<br>Charlotte NC 28272-0884 | X | | Purchases | | | | $ 18,682.56 |
| Account No:     9350<br>Creditor # : 12<br>Capital One Bank<br>P.O. Box 70884<br>Charlotte NC 28272-0884 | X | | Purchases | | | | $ 19,539.83 |
| Account No:     0975<br>Creditor # : 13<br>Capital One Bank<br>P.O. Box 70884<br>Charlotte NC 28272-0884 | | | Line of Credit | | | | $ 50,285.68 |
| Account No:     2537<br>Creditor # : 14<br>Capital One Bank<br>P.O. Box 70884<br>Charlotte NC 28272-0884 | X | | Purchases | | | | $ 10,203.85 |
| Account No:     5246<br>Creditor # : 15<br>Chase<br>P.O. Box 15153<br>Wilmington DE 19886-5153 | X | | Purchases | | | | $ 30,741.16 |
| Account No:     6036<br>Creditor # : 16<br>Chase<br>P.O. Box 15153<br>Wilmington DE 19886-5153 | X | | Purchases | | | | $ 36,553.18 |

Sheet No. __2__ of ____6____ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 166,006.26

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Diversified Layup, LLC_ _____ ,          Case No. _____
            **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 8100<br>Creditor # : 17<br>Chase<br>P.O. Box 15153<br>Wilmington DE 19886-5153 | X | | Purchases | | | | $ 14,695.00 |
| Account No. 6415<br>Creditor # : 18<br>Chase<br>P.O. Box 15153<br>Wilmington DE 19886-5153 | | | Purchases | | | | $ 16,932.68 |
| Account No. 4001<br>Creditor # : 19<br>Chase<br>PO Box 9001022<br>Louisville KY 40290-1022 | X | | Line of Credit | | | | $ 25,060.89 |
| Account No. 3611<br>Creditor # : 20<br>Citi Business Card<br>P.O. Box 183064<br>Columbus OH 43218-3064 | X | | Purchases | | | | $ 23,250.63 |
| Account No. 1021<br>Creditor # : 21<br>Citi Business Card<br>P.O. Box 183065<br>Columbus OH 43218-3065 | X | | Purchases | | | | $ 20,904.54 |
| Account No. 5883<br>Creditor # : 22<br>Citi Business Card<br>P.O. Box 183065<br>Columbus OH 43218-3065 | X | | Purchases | | | | $ 11,076.35 |

Sheet No. _3_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 111,920.09

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Diversified Layup, LLC_____ ,   Case No._____
      **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   0710<br>Creditor # : 23<br>Comerica<br>P.O. Box 790408<br>Saint Louis MO 63179-0408 | X | | Purchases | | | | $ 14,809.46 |
| Account No.   7204<br>Creditor # : 24<br>Discover Card<br>Po Box 15735<br>Wilmington DE 19886-5251 | X | | Purchases | | | | $ 24,820.87 |
| Account No.   5011<br>Creditor # : 25<br>FIA Card Services<br>P.O. Box 15710<br>Wilmington DE 19886-5710 | X | | Purchases | | | | $ 4,883.25 |
| Account No.   5029<br>Creditor # : 26<br>FIA Card Services<br>P.O. Box 15710<br>Wilmington DE 19886-5710 | X | | Purchases | | | | $ 2,547.71 |
| Account No.   5498<br>Creditor # : 27<br>First Equity Card Corp.<br>P.O. Box 23029<br>Columbus GA 31902-3029 | X | | Purchases | | | | $ 10,014.54 |
| Account No.   2589<br>Creditor # : 28<br>Pitney Bowes<br>PO Box 856042<br>Louisville KY 40285-6021 | | | Purchases | | | | $ 2,287.40 |

Sheet No.   4   of   6   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 59,363.23

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Diversified Layup, LLC_ ,                             Case No. _____

**Debtor(s)**                                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | X | | | | | | $ 35,000.00 |
| Creditor # : 29 Premier Funding 1720 Winward Concourse Alpharetta GA 30005 | | | Line of Credit | | | | |
| Account No: 2955 | X | | | | | | $ 453.60 |
| Creditor # : 30 Shell Fleet P.O. Box 689081 Des Moines IA 50368-9081 | | | Purchases | | | | |
| Account No: 9001 | X | | | | | | $ 32,682.98 |
| Creditor # : 31 TD Banknorth P.O. Box 5600 Lewiston ME 04243-5600 | | | Line of Credit | | | | |
| Account No: 8228 | X | | | | | | $ 50,279.60 |
| Creditor # : 32 Wachovia P.O. Box 96074 Charlotte NC 28296-0074 | | | Purchases | | | | |
| Account No: 9525 | X | | | | | | $ 49,822.76 |
| Creditor # : 33 Wachovia P.O. Box 96074 Charlotte NC 28296-0074 | | | Line of Credit | | | | |
| Account No: 6887 | X | | | | | | $ 10,585.56 |
| Creditor # : 34 Washington Mutual Card Service P.O. Box 660487 Dallas TX 75266-0487 | | | Purchases | | | | |

Sheet No. _5_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 178,824.50

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Diversified Layup, LLC_____ ,        Case No._____
        **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0463<br>Creditor # : 35<br>Wells Fargo Bank<br>P.O. Box 348750<br>MS0031<br>Sacramento CA 95834 | | | Line of Credit | | | | $ 50,457.90 |
| Account No:   64-2<br>Creditor # : 36<br>Wells Fargo Bank<br>PO Box 669<br>San Leandro CA 94577 | | | Credit | | | | $ 7,199.00 |
| Account No:   7497<br>Creditor # : 37<br>Wells Fargo Business Card<br>P.O. Box 348750<br>Sacramento CA 95834 | X | | Purchases | | | | $ 19,524.01 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No.   _6_ of   _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | $ 77,180.91 |
| **Total $** (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 837,250.80 |

B6G (Official Form 6G) (12/07)

In re *Diversified Layup, LLC* _____ / Debtor      Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *GMAC*<br>*Po Box 7041*<br>*Troy MI   48007* | Contract Type: *Auto Lease*<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: *2008 Chevy Silverado*<br><br>Buyout Option: |
| *Mark Buntin*<br>*12 Legius Road*<br>*Wallingford CT   06492* | Contract Type: *Lease*<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: *912 Old Colony Road*<br>              *Meriden, CT   06451*<br><br>Buyout Option: |

Page <u>1</u> of <u>1</u>

B6H (Official Form 6H) (12/07)

In re _Diversified Layup, LLC_ _____ / Debtor      Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Christopher Pettison_<br>_221 Dana Lane_<br>_Meriden CT   06451_ | _Advanta Executive Business Car_<br>_Po Box 8088_<br>_Phildelphia PA   19101-8088_<br><br>_American Express_<br>_P.O. Box 1270_<br>_Newark NJ   07101-1270_<br><br>_American Express_<br>_P.O. Box 1270_<br>_Newark NJ   07101-1270_<br><br>_Bank of America_<br>_Po Box 15102_<br>_Wilmington   DE   19886-5102_<br><br>_Bank of America_<br>_Po Box   26078_<br>_Greensboro NC   27420_<br><br>_Bank of America_<br>_Po Box 15710_<br>_Wilmington   DE   19886-5710_<br><br>_Bank of America_<br>_Po Box 15710_<br>_Wilmington   DE   19886-5710_<br><br>_Bank of America_<br>_Po Box 15102_<br>_Wilmington   DE   19886-5102_<br><br>_BMT Leasing_<br>_PO Box 692_<br>_Bryn Mawr PA   19010_<br><br>_Quickbooks_<br>_P.O. Box 15710_<br>_Wilmington DE   19886-5710_ |

B6H (Official Form 6H) (12/07)

In re _Diversified Layup, LLC_ _____ / Debtor      Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Christopher Pettison...continued_ | _Capital Network Leasing_ |
| | _Capital One Bank_<br>_P.O. Box 70884_<br>_Charlotte NC  28272-0884_ |
| | _Capital One Bank_<br>_P.O. Box 70884_<br>_Charlotte NC  28272-0884_ |
| | _Capital One Bank_<br>_P.O. Box 70884_<br>_Charlotte NC  28272-0884_ |
| | _Chase_<br>_P.O. Box 15153_<br>_Wilmington DE  19886-5153_ |
| | _Chase_<br>_P.O. Box 15153_<br>_Wilmington DE  19886-5153_ |
| | _Chase_<br>_P.O. Box 15153_<br>_Wilmington DE  19886-5153_ |
| | _Chase_<br>_PO Box 9001022_<br>_Louisville KY  40290-1022_ |
| | _Citi Business Card_<br>_P.O. Box 183065_<br>_Columbus OH  43218-3065_ |
| | _Citi Business Card_<br>_P.O. Box 183064_<br>_Columbus OH  43218-3064_ |
| | _Citi Business Card_<br>_P.O. Box 183065_<br>_Columbus OH  43218-3065_ |

In re *Diversified Layup, LLC* _____ / Debtor        Case No. _____
                                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Christopher Pettison...continued* | *Comerica*<br>*P.O. Box 790408*<br>*Saint Louis MO  63179-0408*<br><br>*Discover Card*<br>*Po Box 15735*<br>*Wilmington DE  19886-5251*<br><br>*FIA Card Services*<br>*P.O. Box 15710*<br>*Wilmington DE  19886-5710*<br><br>*FIA Card Services*<br>*P.O. Box 15710*<br>*Wilmington DE  19886-5710*<br><br>*First Equity Card Corp.*<br>*P.O. Box 23029*<br>*Columbus GA  31902-3029*<br><br>*Great American Leasing*<br>*8742 innovation Way*<br>*Chicago IL  60682*<br><br>*Natiional City Commercial Cap*<br>*995 Dalton Ave*<br>*Cincinnati OH  45203*<br><br>*Premier Funding*<br>*1720 Winward Concourse*<br>*Alpharetta GA  30005*<br><br>*Shell Fleet*<br>*P.O. Box 689081*<br>*Des Moines IA  50368-9081*<br><br>*Stearns Bank*<br>*995 Dalton Avenue*<br>*Cincinnati OH  45203*<br><br>*Sterling National Bank*<br>*2905 NE 71st Street*<br>*Oklahoma City OK  73111*<br><br>*TCF Equipment Finance*<br>*11100 Wayzata Blvd*<br>*Hopkins MN  55305* |

B6H (Official Form 6H) (12/07)

In re *Diversified Layup, LLC* _____ / Debtor   Case No. _____

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Christopher Pettison...continued* | *TD Banknorth*<br>*P.O. Box 5600*<br>*Lewiston ME   04243-5600*<br><br>*Toyota Motor Credit*<br>*1500 W. Park Drive*<br>*Westborough MA   01581*<br><br>*US Bank Corp*<br>*1310 Madrid Street*<br>*Suite 105*<br>*Marshall MN   56258*<br><br>*Wachovia*<br>*P.O. Box 96074*<br>*Charlotte NC   28296-0074*<br><br>*Wachovia*<br>*P.O. Box 96074*<br>*Charlotte NC   28296-0074*<br><br>*Washington Mutual Card Service*<br>*P.O. Box 660487*<br>*Dallas TX   75266-0487*<br><br>*Wells Fargo Business Card*<br>*P.O. Box 348750*<br>*Sacramento CA   95834* |
| *Mark Lussier*<br>*21 Ridge Road*<br>*Wallingford CT   06492* | *Bank of America*<br>*Po Box  26078*<br>*Greensboro NC   27420*<br><br>*FIA Card Services*<br>*P.O. Box 15710*<br>*Wilmington DE   19886-5710*<br><br>*FIA Card Services*<br>*P.O. Box 15710*<br>*Wilmington DE   19886-5710*<br><br>*Shell Fleet*<br>*P.O. Box 689081*<br>*Des Moines IA   50368-9081* |

In re *Diversified Layup, LLC* _____ / Debtor      Case No. _____

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *Stearns Bank*<br>*995 Dalton Avenue*<br>*Cincinnati OH  45203* |

B6I (Official Form 6I) (12/07)

**In re** *Diversified Layup, LLC* _____ ,    Case No. _____
                                   **Debtor(s)**                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other  (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance | | |
|    (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income | | |
|    (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME     (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re _Diversified Layup, LLC_____,          Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $            0.00 |
| a. Are real estate taxes included?   Yes ☐   No ☐ | |
| b. Is property insurance included?   Yes ☐   No ☐ | |
| 2. Utilities: a. Electricity and heating fuel | $            0.00 |
| b. Water and sewer | $            0.00 |
| c. Telephone | $            0.00 |
| d. Other | $            0.00 |
| Other | $            0.00 |
| Other | $            0.00 |
| 3. Home maintenance (repairs and upkeep) | $            0.00 |
| 4. Food | $            0.00 |
| 5. Clothing | $            0.00 |
| 6. Laundry and dry cleaning | $            0.00 |
| 7. Medical and dental expenses | $            0.00 |
| 8. Transportation (not including car payments) | $            0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $            0.00 |
| 10. Charitable contributions | $            0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $            0.00 |
| b. Life | $            0.00 |
| c. Health | $            0.00 |
| d. Auto | $            0.00 |
| e. Other | $            0.00 |
| Other | $            0.00 |
| Other | $            0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) | $            0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $            0.00 |
| b. Other: | $            0.00 |
| c. Other: | $            0.00 |
| d. Other: | $            0.00 |
| 14. Alimony, maintenance, and support paid to others | $            0.00 |
| 15. Payments for support of additional dependents not living at your home | $            0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $            0.00 |
| 17. Other: | $            0.00 |
| Other: | $            0.00 |
| Other: | $            0.00 |
| 18. AVERAGE MONTHLY EXPENSES   Total lines 1-17. Report also on Summary of Schedules | $            0.00 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 16 of Schedule I | $            0.00 |
| b. Average monthly expenses from Line 18 above | $            0.00 |
| c. Monthly net income (a. minus b.) | $            0.00 |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF CONNECTICUT

In re: *Diversified Layup, LLC,*
    *aka Pettison Woodworking*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT

SOURCE

*Year to date:-12652*
    *Last Year:-363530*
*Year before:-205346*

*Business Activity*

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☒

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Joseph J. D'Agostino, Jr.* *Address:* *1062 Barnes Road* *Suite 304* *Wallingford, CT 06492* | *Date of Payment:* *Payor: Diversified Layup, LLC* | *$5,000.00* |

## 10. Other transfers

None ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☒ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☒ List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☒ If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☒ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None ☒ For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☒  a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None ☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☒  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☒  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

*Name:Mark Lussier*                               *912 old Colony Road, Meriden, Connecticut*
*Missing:*

None ☒  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

Statement of Affairs - Page 5

**20. Inventories**

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| *Name:Mark Lussier* *Address:21 Ridge Road, Wallingford, CT* | *Member* | *50%* |
| *Name:Christopher Pettison* *Address:221 Dana Lane, Meriden, CT 06451* | *Member* | *50%* |

**22. Former partners, officers, directors and shareholders**

None ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None

☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None

☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date  _04/21/2008_____

Signature  _/s/ Mark Lussier_____

_Mark Lussier_____    _Memeber_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re    *Diversified Layup, LLC*                        Case No.
      *aka Pettison Woodworking*                     Chapter *11*

_____ / Debtor

Attorney for Debtor:   *Joseph J. D'Agostino, Jr.*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *5,000.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *5,000.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3. $ ___*1,039.00*___ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *04/21/2008*            Respectfully submitted,

                   X */s/ Joseph J. D'Agostino, Jr.* _____

Attorney for Petitioner: *Joseph J. D'Agostino, Jr.*
                        *Law Offices of Joseph J. D'Agostino, Jr.*
                        *1062 Barnes Road*
                        *Suite 304*
                        *Wallingford CT  06492*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re *Diversified Layup, LLC,*
    *aka Pettison Woodworking*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  *Joseph J. D'Agostino, Jr.*

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor(s) hereby verify that the attached master mailing list of creditors is true and correct to the best of our knowledge.

Date: *04/21/2008*  _____

*/s/ Mark Lussier*  _____
Debtor

```
Advanta Executive Business Car
Po Box 8088
Phildelphia, PA  19101-8088

American Express
P.O. Box 1270
Newark, NJ  07101-1270

Bank of America
Po Box 15710
Wilmington , DE  19886-5710

Bank of America
Po Box  26078
Greensboro, NC  27420

Bank of America
Po Box 15102
Wilmington , DE  19886-5102

BMT Leasing
PO Box 692
Bryn Mawr, PA  19010

Quickbooks
P.O. Box 15710
Wilmington, DE  19886-5710

Bank of America
P.O. Box 15710
Wilmington, DE  19886-5710

Capital Network Leasing

Capital One Bank
P.O. Box 70884
Charlotte, NC  28272-0884

Chase
P.O. Box 15153
Wilmington, DE  19886-5153

Chase
PO Box 9001022
Louisville, KY  40290-1022

Christopher Pettison
221 Dana Lane
Meriden, CT  06451

Citi Business Card
P.O. Box 183064
Columbus, OH  43218-3064

Citi Business Card
P.O. Box 183065
Columbus, OH  43218-3065
```

Comerica
P.O. Box 790408
Saint Louis, MO  63179-0408

Discover Card
Po Box 15735
Wilmington, DE  19886-5251

FIA Card Services
P.O. Box 15710
Wilmington, DE  19886-5710

First Equity Card Corp.
P.O. Box 23029
Columbus, GA  31902-3029

GMAC
Po Box 7041
Troy, MI  48007

Great American Leasing
8742 innovation Way
Chicago, IL  60682

Mark Buntin
12 Legius Road
Wallingford, CT  06492

Mark Lussier
21 Ridge Road
Wallingford, CT  06492

Natiional City Commercial Cap
995 Dalton Ave
Cincinnati, OH  45203

Pitney Bowes
PO Box 856042
Louisville, KY  40285-6021

Premier Funding
1720 Winward Concourse
Alpharetta, GA  30005

Shell Fleet
P.O. Box 689081
Des Moines, IA  50368-9081

Stearns Bank
995 Dalton Avenue
Cincinnati, OH  45203

Sterling National Bank
2905 NE 71st Street
Oklahoma City, OK  73111

Sterling National Bank
500 7th Avenue
New York, NY  10018

TCF Equipment Finance
11100 Wayzata Blvd
Hopkins, MN  55305

TD Banknorth
P.O. Box 5600
Lewiston, ME  04243-5600

Toyota Motor Credit
1500 W. Park Drive
Westborough, MA  01581

United States Attorney
(re: creditor agency)
PO Box 1824
New Haven, CT  06508

US Bank Corp
1310 Madrid Street
Suite 105
Marshall, MN  56258

Wachovia
P.O. Box 96074
Charlotte, NC  28296-0074

Washington Mutual Card Service
P.O. Box 660487
Dallas, TX  75266-0487

Wells Fargo Bank
P.O. Box 348750
MS0031
Sacramento, CA  95834

Wells Fargo Bank
PO Box 669
San Leandro, CA  94577

Wells Fargo Business Card
P.O. Box 348750
Sacramento, CA  95834